

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Emily C. Haigh
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
ehaigh@littler.com

March 26, 2024

**VIA ECF**

The Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Charmaine Hibbert v. Montefiore Medical Center*
      Case No. 1:23-cv-09589 (JHR)(RFT)

Dear Judge Tarnofksy:

We represent Defendant Montefiore Medical Center in the above referenced action. We write, pursuant to Rule 1(E) of Your Honor's Individual Rules, to request that the Court adjourn, *sine die*, the Initial Conference scheduled for April 15, 2024, (Dkt. No. 15) and all other related deadlines including the filing of a Case Management Plan, until after Defendant responds to the Complaint on or before April 23, 2024 (Dkt. No. 16). This is Defendant's first request for an adjournment. Counsel for Defendant spoke with Plaintiff on March 26, 2024, but was unable to confirm whether Plaintiff consents or not to this request.

Respectfully submitted,

*/s/ Emily C. Haigh*

Emily C. Haigh

cc:   Charmaine Hibbert (via First Class Mail to 128 Lorraine Avenue Mount Vernon, NY 10553)

---

> Defendant's request to adjourn, sine die, the Initial Case Management Conference is DENIED.
>
> This Court typically requires discovery to proceed even when a motion to dismiss is anticipated.
>
> The Clerk of Court is respectfully requested to terminate ECF 17.
>
> Dated: March 29, 2024
> New York, NY
>
> SO ORDERED:
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE