UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT<br><br>                 Plaintiff,<br><br>-against-<br><br>MONTEFIORE MEDICAL CENTER<br><br>                 Defendant. | 23-CV-9589 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As per my Order on February 26, 2024 (ECF 15), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at [https://nysd.uscourts.gov/hon-robyn-f-tarnofsky](https://nysd.uscourts.gov/hon-robyn-f-tarnofsky), and file it on the docket by April 8, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until **9:00 AM on April 12, 2024.**

DATED:  April 9, 2024
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge