UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT<br><br>     Plaintiff,<br><br> -against-<br><br>MONTEFIORE MEDICAL CENTER<br><br>     Defendant. | 23-CV-9589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  In light of Defendant's inability to contact Plaintiff, who is pro se, the Initial Case Management Conference is adjourned until **May 8, 2024 at 11:30 AM**. In the interim, Defendant is directed to continue to make efforts to contact Plaintiff. Plaintiff and Counsel for Defendant are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 152 675 009 #.

  Plaintiff is directed, **by May 1, 2024**, to submit the any comments she has to Defendant's Proposed Case Management Plan and Report of Rule 26(f) Conference filed by Defendant.

  If Plaintiff has any questions about this Order, filing papers in this judicial district, or any procedural matters, she should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent NYLAG Legal Clinic for Pro Se Litigants in the SDNY at (212) 659-6190.

  Defendant shall mail to Plaintiff's address a copy of this Order, a copy of its Proposed Case Management Plan and Report of Rule 26(f) Conference (ECF 21-1), and Counsel's contact information. Defendant is directed file confirmation of such mailing on the docket **by April 13, 2024**.

DATED: April 12, 2024
     New York, NY

                          SO ORDERED.

                          _____

                         **ROBYN F. TARNOFSKY**
                         United States Magistrate Judge