UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>　　　　　　Defendant. | 23-CV-09589 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on, **April 18, 2024 at 12:30 PM**. Plaintiff and counsel for Defendant are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 985 612 19 #.**

DATED:　April 15, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge