UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>      Plaintiff,<br><br> -against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>      Defendant. | 23-CV-09589 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 17, 2024, Plaintiff filed on the docket a letter, addressed to Judge Rearden, requesting clarification of the dates for the next scheduled status conference. (*See* ECF 27.) Plaintiff's letter falls within the scope of my referral for general pretrial supervision. (*See* ECF 12). There will be a telephonic conference held on April 18, 2024, at 12:30 pm. If necessary, there will be a second telephonic conference on May 8, 2024, at 11:30 am; I will place an Order on the docket after the April 18, 2024 conference indicating whether the May 8, 2024 conference will go forward.

For the telephonic conference to be held **today, April 18, 2024 at 12:30 PM**. Plaintiff and counsel for Defendant are directed to join today's conference at the scheduled time by dialing (646) 453-4442, Access Code: 383 125 153# .

The telephonic conference on **May 8, 2024 will be held at 11:30 AM, if necessary**. Plaintiff and Counsel for Defendant are directed to join the May 8 conference at the scheduled time by dialing (646) 453-4442, Access Code: 152 675 009 #.

Plaintiff is reminded that she may fill out a consent to receive case documents electronically at her email address. Plaintiff is advised, however, that if she consents to email notifications of activity on this case's docket, then she will no longer receive paper copies mailed to her address. Additionally, as noted in the "Pro Se Consent and Registration Form to Receive Documents Electronically":

> After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges*.

DATED:  April 18, 2024
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge