UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>                           Plaintiff,<br><br>  -against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                          Defendant. | 23-CV-09589 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 22, 2024, Defendant filed a memorandum of law in support of its motion to dismiss (ECF 33) in which it requests that the Court stay discovery. The application to stay discovery is within the scope of the reference to me for general pretrial supervision.

Plaintiff may oppose the requested stay by filing a letter on the docket by May 6, 2024. Plaintiff may file her letter by sending an email to the Pro Se Office. To do so, Plaintiff must (1) sign her letter; (2) scan her letter as a PDF; (3) attach the PDF in an email to ProSe@nysd.uscourts.gov; and (4) typing the following into the email's subject line: "Pro Se Filing – 23-cv-9589." Plaintiff is advised that it may take up to two business days for her filing to appear on the docket.

This application to stay discovery will be addressed at the status conference that already is scheduled for **May 8, 2024, at 11:30 am**. Plaintiff and Counsel for Defendant are directed to join the May 8 conference at the scheduled time by dialing **(646) 453-4442, Access Code: 152 675 009 #**. SO ORDERED.

DATED:  April 24, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge