**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHARMAINE HIBBERT,

Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER,

Defendant.

Civil Action No.: 1:23-cv-09589-JHR-RFT

**NOTICE OF LIMITED APPEARANCE OF PRO BONO COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff, Charmaine Hibbert, for the limited purpose of conducting a settlement conference before the Honorable Robyn F. Tarnofsky (Magistrate Judge, Southern District of New York).

I certify that I am admitted to practice in this Court.

*/s/ Christie R. McGuinness*
Christie R. McGuinness (NYS # 5572375)
christie.mcguinness@saul.com
SAUL EWING LLP
1270 Avenue of the Americas, Suite 2800
New York, New York 10020
T: (212) 980-7205

Dated: May 2, 2024