UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>                Plaintiff,<br><br>-against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                Defendant. | 23-CV-09589 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This case is scheduled for a pre-settlement conference on **May 20, 2024 at 11:00 AM**. Counsel for the parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 542 247 691 #**.

    If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  May 14, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge