UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT | |
| Plaintiff, | 23-CV-09589 (JHR) (RFT) |
| -against- | **ORDER** |
| MONTEFIORE MEDICAL CENTER, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 18, 2024, this Court granted Plaintiff's request for a 45-day extension of her time to amend her complaint or oppose Defendant's motion to dismiss. (*See* ECF 55.) Plaintiff's deadline was August 1, 2024. (*Id.*) To date, Plaintiff has not filed an amended complaint or opposed Defendant's motion. The time for Defendant to respond to the Complaint is extended, sua sponte and nunc pro tunc, to **August 12, 2024**.

DATED:       August 5, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge