UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT<br><br>                   Plaintiff,<br><br>-against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                   Defendant. | 23-CV-09589 (JHR) (RFT)<br><br>**CORRECTED ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On June 18, 2024, this Court granted Plaintiff's request for a 45-day extension of her time to amend her complaint or oppose Defendant's motion to dismiss. (*See* ECF 55.) Plaintiff's deadline was August 1, 2024. To date, Plaintiff has not filed an amended complaint or opposed Defendant's motion. The time for Plaintiff to amend her complaint or respond to Defendant's motion is extended, sua sponte and nunc pro tunc, to **August 12, 2024**.

DATED:    August 6, 2024
                New York, New York

                                                     SO ORDERED.

                                                     **ROBYN F. TARNOFSKY**
                                                     United States Magistrate Judge