UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charmaine Hibbert,<br><br>                    Plaintiff,<br><br>  -against-<br>Montefiore Medical Center,<br><br>                    Defendant. | 23CV09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Wednesday, November 13, 2024 at 10:30 am.** The parties should be prepared to discuss Defendant's Second Motion to Dismiss Amended Complaint. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 576 700 383#.

DATED:  November 6, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge