UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charmaine Hibbert,<br><br>      Plaintiff,<br><br> -against-<br>Montefiore Medical Center,<br><br>      Defendant. | 23-CV-09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Thursday, March 13, 2025 at 3:00 p.m.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 930 229 749#.

DATED: March 10, 2025             SO ORDERED.
      New York, NY

                               **ROBYN F. TARNOFSKY**
                               United States Magistrate Judge