UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charmaine Hibbert,<br><br>              Plaintiff,<br><br>-against-<br><br>Montefiore Medical Center,<br><br>              Defendant. | 23cv09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The parties shall by March 28, 2025 file a joint letter on the docket indicating whether either a settlement conference or referral to the Court-annexed mediation program would be productive at that time. As discussed at the status conference today, if Plaintiff wishes to file a second amended complaint, she shall file on the docket by April 14, 2025 a motion to amend the complaint that includes a proposed second amended complaint; if Plaintiff files such a motion, Defendant will have until May 14, 2025 to file its opposition and Plaintiff will have until May 28, 2025 to file a reply in further support of the motion to amend.

DATED: March 13, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge