UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>　　　　　　Defendant. | 23cv09589 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Plaintiff's letter submitted on March 19, 2025 (ECF 96) is related to settlement and should not be filed on the docket. The plaintiff is instructed in the future to email any communication regarding settlement to TarnofskyNYSDChambers@nysd.uscourts.gov or directly to counsel for defendant. Settlement communications are meant to be confidential.

　　Defendant, having seen Plaintiff's demand, shall file a letter on the docket by **March 24, 2025** indicating whether either a mediation or a settlement conference would be helpful at this time. If Defendant says it does not believe either a mediation or settlement conference would be productive right now, then Plaintiff may file a motion to amend the complaint by **April 24, 2025**.

　　The Clerk of Court is respectfully requested to seal ECF 96 with access to the parties and Judge Tarnofsky's chambers only.

DATED:　March 20, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge