UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMAINE HIBBERT,

                Plaintiff,

  -against-

MONTEFIORE MEDICAL CENTER,

                Defendant.

23-CV-09589 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **Tuesday, April 8, 2025 at 10:00 a.m.** The parties should be prepared to discuss the status of the case. Pro se plaintiff and counsel for defendant are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 652 557 737#.

DATED: March 31, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge