UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>    Plaintiff,<br><br> -against-<br>MONTEFIORE MEDICAL CENTER,<br><br>    Defendant. | 23cv9589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As discussed at the conference today, if Plaintiff wishes to file a second amended complaint (SAC), she has leave of Court to do so by **April 25, 2025.** If Plaintiff files a SAC, Defendant may file a motion to dismiss by **May 30, 2025;** Plaintiff may oppose any such motion to dismiss by **June 27, 2025;** and Defendant shall file any reply in further support of any such motion by **July 11, 2025.**

DATED: April 8, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge