UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>                Plaintiff,<br><br> -against-<br>MONTEFIORE MEDICAL CENTER,<br><br>                Defendant. | 23-CV-09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Friday, June 6, 2025 at 10:00 a.m.** The parties should be prepared to discuss the Defendant's Motion to Dismiss the Second Amended Complaint [ECF 105]. Pro se plaintiff and counsel for defendant are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 289 740 611#.

DATED:  May 19, 2025  
             New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge