UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>                    Plaintiff,<br><br>  -against-<br>MONTEFIORE MEDICAL CENTER,<br><br>                    Defendant. | 23cv09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference today, by **June 20, 2025,** Defendant is ORDERED to provide supplemental briefing on the question whether the SAC, including its two attachments, should be dismissed under Rule 12(b)(6) for failure to state a claim. Plaintiff shall have until **July 31, 2025** to respond to Defendant's motion to dismiss, and if Plaintiff files a response to Defendant's motion to dismiss, Defendant shall have until **August 14, 2025** to file a reply brief in further support of the motion to dismiss.

DATED:  June 6, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge