UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>                Plaintiff,<br><br>  -against-<br>MONTEFIORE MEDICAL CENTER,<br><br>                Defendant. | 23cv09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall have until July 28, 2025 to oppose Defendant's motion to dismiss by filing a memo on the docket explaining why her amended complaint states a claim; if Plaintiff files such a memo, Defendant shall have until August 13, 2025 to file a reply in further support of its motion to dismiss the amended complaint.

DATED: June 17, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge