UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE HIBBERT,<br><br>                  Plaintiff,<br><br>  -against-<br>MONTEFIORE MEDICAL CENTER,<br><br>                  Defendant. | 23cv09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's request for an extension of time to oppose the motion to dismiss is GRANTED.

Plaintiff shall have until July 31, 2025 to oppose the motion to dismiss, and Defendant shall have until August 15, 2025 to file a reply, if any.

DATED:  June 30, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge