UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charmaine Hibbert,<br><br>                Plaintiff,<br><br>  -against-<br><br>Montefiore Medical Center,<br><br>                Defendant. | 23cv09589 (JHR) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On October 15, 2025, Plaintiff filed a letter on the docket requesting permission to provide the Court with an email containing audio attachments for which Plaintiff had previously provided transcripts attached to the operative complaint. Plaintiff seeks to supplement the record of a conference call that she alleges supports her employment discrimination claims. (*See* ECF 126, Letter.) Plaintiff states that the Court "had concerns with distinguishing who was speaking on the conference call." (*Id.*)

      I note that my recommendation to Judge Rearden that this matter should be dismissed for failure to state a claim was not in any way dependent on the precise identities of the speakers on the conference call. In the report and recommendation, I said that the content of the conference call did not support either Plaintiff's claims against Defendant or Plaintiff's potential claims against her union. As to the race discrimination claims against Defendant, I said that "[t]he transcript of the conference call shows Plaintiff's frustration with her work assignments, but the transcript does not support an inference that Defendant failed to assign Plaintiff available work based on her race." (ECF 121, Am. Report & Recommendation at 19

(footnote omitted).) As to a potential failure to accommodate a disability claim, I said that the content of the conference call did not support such a claim, in that "the conference call concerned Plaintiff's planned return to work" but did "not support a conclusion that Plaintiff requested a reasonable accommodation or that Defendant refused to grant a reasonable accommodation." (*Id.* at 20.) And any claim against the union is time-barred, making the content of the conference call not relevant to my recommendation that any such claim be dismissed. (*See id.* at 23.)

Nevertheless, Plaintiff may send a copy via email for the Court to review. Plaintiff is instructed to send the audio attachments via email to TarnofskyNYSDChambers@nysd.uscourts.gov by **October 20, 2025**, and to copy counsel for Defendant on the email to the Court.

Dated: New York, NY
October 15, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

2