UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charmaine Hibbert,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>Montefiore Medical Center,<br><br>　　　　　Defendant. | 23cv09589 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　On October 15, 2025, I instructed Plaintiff to send the audio attachments via email. On October 17, 2025 Plaintiff emailed Chambers with a link to a Google Drive. The Court would prefer if Plaintiff can send the audio attachments in the email to Chambers at TarnofskyNYSDChambers@nysd.uscourts.gov. If the digital files are too large to be emailed, then they should be placed on a USB drive and mailed to Chambers of Judge Tarnofsky, 500 Pearl Street, New York, NY 10007.

DATED: October 17, 2025
　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge