UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMAINE HIBBERT,

                Plaintiff,

-against-                                   23-cv-09589 (JHR) (RFT)

MONTEFIORE MEDICAL CENTER,                **ORDER**

                Defendant.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On October 17, 2025, following the Court's instructions (*see* ECF 129), Plaintiff provided the Court with two emails containing one audio attachment each for which Plaintiff had previously provided transcripts attached to the operative complaint. I have listened to the recordings. Nothing in the recordings changes my recommendation to Judge Rearden that this matter should be dismissed for failure to state a claim.

      In the report and recommendation, I said that the content of the conference call did not support either Plaintiffs claims against Defendant or Plaintiffs potential claims against her union. As to the race discrimination claims against Defendant, I said that "[t]he transcript of the conference call shows Plaintiffs frustration with her work assignments, but the transcript does not support an inference that Defendant failed to assign Plaintiff available work based on her race." (ECF 121, Am. Report & Recommendation at 19.) As to a potential failure to accommodate a disability claim, I said that the content of the conference call did not support such a claim, in that the conference call concerned Plaintiff's planned return to work but did "not support a conclusion that Plaintiff requested a reasonable accommodation or that

1

Defendant refused to grant a reasonable accommodation." (*Id.* at 20.) And any claim against the union is time-barred, making the content of the conference call not relevant to my recommendation that any such claim be dismissed. (*See id*. at 23.)

DATED: October 22, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge