UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMAINE HIBBERT,

                              Plaintiff,

                -v.-

MONTEFIORE MEDICAL CENTER,

                              Defendant.

23 Civ. 9589 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff Charmaine Hibbert brought this action on October 30, 2023.  *See* ECF No. 1.

On August 2, 2024, Plaintiff filed an amended complaint.  *See* ECF No. 62.  On September 12,

2024 and November 5, 2024, Defendant Montefiore Medical Center moved to dismiss the

amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]  *See* ECF Nos. 65 and

70.  On April 21, 2025, Plaintiff filed a second amended complaint.  *See* ECF No. 101.

Accordingly, Defendant's motions to dismiss the amended complaint, ECF. Nos. 65 and 70, are

hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF Nos. 65 and 70.

SO ORDERED.

Dated: March 31, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

---

[1] Defendant's second motion to dismiss, ECF No. 70, was filed when "Defendant discovered additional grounds for dismissal . . . that were not raised in [its] previously filed motion."  ECF No. 71 at 5 n.1.  "In the interest of allowing Defendant to raise all potentially dispositive issues and permitting Plaintiff to respond at the outset of the case," Judge Tarnofsky did not recommend denial of the second motion as untimely and instead set a briefing schedule.  ECF No. 121 at 9.